1

2

3

4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                     AT SEATTLE

6    _____
                                          )
7    LEONEL MARIN-TORRES,                 )
                                          )        No. C03-1001RSL
8                      Plaintiff,         )
               v.                         )
9                                         )        SECOND ORDER OF REFERENCE
     STATE OF WASHINGTON; JOHN            )
10   DOES; KING COUNTY; KING              )
     COUNTY SHERIFF'S DEPARTMENT,         )
11                                        )
                       Defendants.        )
12   _____)

13          This matter comes before the Court on the Ninth Circuit Court of Appeals Memorandum

14   decision (Dkt. #69) and Judgment (Dkt. #70) remanding the above-captioned case in part to the

15   district court.

16          It is hereby ORDERED that the above-captioned case is referred to the Honorable

17   Monica J. Benton for proceedings consistent with the Ninth Circuit Court of Appeals

18   Memorandum decision and Judgment.

19
            DATED this 6th day of September, 2006.
20

21

22

23                                             Robert S. Lasnik
24                                             United States District Judge

25

26

     SECOND ORDER OF REFERENCE