UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LEONEL MARIN-TORRES,

               Plaintiff,

    v.

STATE OF WASHINGTON; JOHN DOES; KING COUNTY; KING COUNTY SHERIFF'S DEPARTMENT,

               Defendants.
_____

No. C03-1001RSL

SECOND ORDER OF REFERENCE

This matter comes before the Court on the Ninth Circuit Court of Appeals Memorandum decision (Dkt. #69) and Judgment (Dkt. #70) remanding the above-captioned case in part to the district court.

It is hereby ORDERED that the above-captioned case is referred to the Honorable Monica J. Benton for proceedings consistent with the Ninth Circuit Court of Appeals Memorandum decision and Judgment.

DATED this 6th day of September, 2006.

                     /s/ Robert S. Lasnik
                     Robert S. Lasnik
                     United States District Judge

SECOND ORDER OF REFERENCE