UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONEL MARIN-TORRES,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

Case No. C03-1001-RSL-BAT

ORDER TO SHOW CAUSE

On November 9, 2008, plaintiff filed his second amended complaint, as directed by the Court, accompanied by proof of service on counsel for defendants. Dkt. 117. Fed. R. of Civ. P. 15(a)(3) requires a response to an amended pleading to be filed within 10 days after service of the amended pleading. Defendants have failed to respond to plaintiff's second amended complaint.

Accordingly, the Court ORDERS as follows:

(1) Defendants are directed to SHOW CAUSE within **10 days** of the date of this Order why default should not be entered against them for failure to respond to the complaint.

(2) The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik, Chief Judge.

DATED this 22nd day of January, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER TO SHOW CAUSE – 1